THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Gary A. Hoard,
 Jr., Appellant.
 
 
 
 
 

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-177
 Submitted February 1, 2010  Filed March
1, 2010    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Christina J. Catoe, all of
 Columbia; Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Gary
 A. Hoard, Jr., appeals his convictions and sentences for second-degree burglary
 and petty larceny.  He argues the trial court erred in failing to give the Telfaire[1] jury charge and in denying his motion for directed
 verdict.  We affirm[2] pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Lee, 350 S.C. 125, 130, 564 S.E.2d 372,
 375 (Ct. App. 2002) (holding an issue must be raised and ruled upon by the
 trial court to be preserved for appellate review); State v. Weston, 367
 S.C. 279, 292-93, 625 S.E.2d 641, 648 (2006) (holding if there is any direct
 evidence or any substantial circumstantial evidence reasonably tending to prove
 the guilt of the accused, the appellate court must find the case was properly
 submitted to the jury).
AFFIRMED.
PIEPER, GEATHERS, JJ., and
 CURETON, A.J., concur.

[1] U.S. v. Telfaire, 469 F.2d 552, 558-59 (D.C.
 Cir. 1972).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.